Mark J. Alexander, SBN 184265
Law Offices of Mark J. Alexander
1500 J Street, Second Floor
Modesto, CA 95354
Telephone:  (209) 577-1646
Facsimile:   (209) 577-1647
markjalexander@sbcglobal.net

Attorney for Plaintiffs
Racquel Brown, Noconas Brown, and
Imajine Aguirre, a minor by her GAL
Rachelle Aguirre

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RACQUEL BROWN, NOCONAS BROWN, AND IMAJINE AGUIRRE, a minor by her Guardian Ad Litem, RACHELLE AGUIRRE, Successors in Interest,<br><br>Plaintiffs,<br><br>v.<br><br>SILLIKER, INC., a Delaware Corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:14–cv–02032-LJO-BAM<br><br>*(Removed from Stanislaus County Superior Court Case No.: 2006829)*<br><br>JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER |

It is hereby stipulated by and between Plaintiffs' RACQUEL BROWN, NOCONAS BROWN, AND IMAJINE AGUIRRE, a minor by her Guardian Ad Litem, RACHELLE AGUIRRE and Defendant SILLIKER, INC., through their respective counsel of record, that the entire action of the above-captioned matter be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs in connection with this action.

///

1

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER

DATED:   October 22, 2015　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF MARK J. ALEXANDER


By:　　/s/  *Mark J. Alexander*
　　　Mark J. Alexander
　　　Attorneys for Plaintiffs,
　　　Brown, et al


DATED:   October 22, 2015　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　REED SMITH LLP


By:　　/s/  *Ian A. Wright*
　　　Michele J. Beilke
　　　Ian A. Wright
　　　Attorneys for Defendant
　　　Silliker, Inc.


***************
**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

　Dated:   **October 26, 2015**　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER